UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAN FELIX AGUILAR,<br><br>                    Petitioner,<br><br>        v.<br><br>DERRAL ADAMS, Warden,<br><br>                    Respondent. | No. CV 07-7747-ODW (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation filed herein and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1.  The final report and recommendation is adopted.

2.  Judgment shall be entered consistent with this order.

3.  The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: October 14, 2009

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE