# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAN FELIX AGUILAR,<br><br>              Petitioner,<br><br>      v.<br><br>DERRAL ADAMS, Warden,<br><br>              Respondent. | No. CV 07-7747-ODW (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 14, 2009

                                        HONORABLE OTIS D. WRIGHT, II
                                        UNITED STATES DISTRICT JUDGE